ACCEPTED
15-25-00044-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/23/2025 12:41 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00044-CV

# In The Fifteenth Court of Appeals
## at Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/23/2025 12:41:06 PM
CHRISTOPHER A. PRINE
Clerk

**UGALAHI OFFOBOCHE,**
Appellant,
V.

**COLLIN COUNTY, TEXAS, COLLIN COUNTY SHERIFF'S DEPUTIES MOUNGER, WATSON, AND MCMILLAN AND FORMER COLLIN COUNTY DEPUTY CONSTABLE RUMFIELD,**
Appellees.

On appeal from the 429th Judicial District Court,
Collin County, Texas
Cause No. 429-08578-2024
The Honorable Jill Willis, Presiding

## APPELLANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES:

Appellant, Ugalahi Offoboche, files this Unopposed Motion to request a 30-day extension of time to file her brief on the merits. Appellant shows the court as follows:

1. Appellant's brief is due on April 25, 2025.

2. This is the Appellant's first request for extension of time to file a brief in this case.

3. Appellant requests that the court grant her a 30-day extension of time to file her brief up to and including May 25, 2025.

4. Good cause for granting this motion is that counsel's workload and pre-existing time sensitive commitments prevent the timely completion of the brief by the deadline including:

   a. Trial Preparation in Cause No. CC-24-05436-A *Gillespie v. Shore* before the County Court at Law No. 1 set for Monday April 28, 2025 and hearing set for April 25, 2025;

   b. Responding to four dispositive motions in *Tarmo v. Noseff et al*, No. 4:25-cv-00109 before the Eastern District of Texas;

   c. Preparing time sensitive immigration applications for several individuals; and

   d. Preparing pleadings and completing probate investigations as an ad litem for the Statutory Probate Courts in Dallas for appointments made between October 2024 and February 2025.

5. As a result of the above obligations and more, Counsel is unable to reach the brief on April 25, 2025, as scheduled and must seek this extension.

6. Appellees are not opposed and will not suffer any prejudice from the deadline being extended by 30 days up to and including April 25, 2025.

7. This motion is filed, not for delay, but in the interest of justice so that the Court may hear this case on the merits.

8. All supporting facts are made from the personal knowledge of appellant who is also an attorney and are true and correct.

For the above reasons, Appellant humbly requests that this Motion be granted extending the time for them to file appellant's brief by 30 days, from April 25, 2025, up to and including May 25, 2025.

Dated this 23rd day of April 2025.

Respectfully Submitted:

U. A. C. OFFOBOCHE LAW FIRM

/s/ Ugalahi Agbo Claire Offoboche
Ugalahi Agbo Claire Offoboche
State Bar No. 24068619
675 Town Square Blvd., Bldg. 1A, Ste. 200,
Garland, TX 75040
Ph: 469-315-0358
Fax: 214-853-5708
ugy@uacoffobochelaw.com
**APPELLANT: UGALAHI OFFOBOCHE**

CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. Proc. 10.1(a)(5), I, the undersigned attorney, hereby certifies, that I conferred with both opposing counsel, Robert Davis and Kyle Barry regarding the need to file this motion and counsel for appellees has indicated that the Motion is unopposed.

/s/ Ugalahi Agbo Claire Offoboche
Ugalahi Agbo Claire Offoboche

# CERTIFICATE OF SERVICE

I, the undersigned counsel certifies that the above and foregoing has been simultaneously served upon e-filing via efile.texascourts.gov, on appellees through their Attorneys of record:

Robert Davis,
Kyle Barry,
Matthews, Shields, Knott, Eden, Davis & Beanland, L.L.P.,
8131 LBJ Freeway, Ste. 700,
Dallas, Texas 75251
bdavis@mssattorneys.com
kbarry@mssattorneys.com
Attorneys for Appellees

/s/ Ugalahi Agbo Claire Offoboche
Ugalahi Agbo Claire Offoboche

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ugalahi Offoboche
Bar No. 24068619
ugy@uacoffobochelaw.com
Envelope ID: 99988310
Filing Code Description: Motion
Filing Description: UNOPPOSED APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF
Status as of 4/23/2025 1:42 PM CST

Associated Case Party: Ugalahi Offoboche

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ugalahi UgyOffoboche | | ugy@uacoffobochelaw.com | 4/23/2025 12:41:06 PM | SENT |

Associated Case Party: Collin County, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert J.Davis | | bdavis@mssattorneys.com | 4/23/2025 12:41:06 PM | SENT |

Associated Case Party: Collin County Sheriff's Deputy Mounger

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kyle T.Barry | | kbarry@mssattorneys.com | 4/23/2025 12:41:06 PM | SENT |

Associated Case Party: Collin County Sheriff's Deputy Watson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kyle T.Barry | | kbarry@mssattorneys.com | 4/23/2025 12:41:06 PM | SENT |

Associated Case Party: Collin County Sheriff's Deputy McMillan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert J.Davis | | bdavis@mssattorneys.com | 4/23/2025 12:41:06 PM | SENT |

Associated Case Party: Former Collin County Chief Deputy Constable Rumfield

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ugalahi Offoboche
Bar No. 24068619
ugy@uacoffobochelaw.com
Envelope ID: 99988310
Filing Code Description: Motion
Filing Description: UNOPPOSED APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF
Status as of 4/23/2025 1:42 PM CST

Associated Case Party: Former Collin County Chief Deputy Constable Rumfield

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert J.Davis | | bdavis@mssattorneys.com | 4/23/2025 12:41:06 PM | SENT |